JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOREVER 21, INC., ) | Case No.: CV 13-1514 DSF (MRWx) |
| Plaintiff, ) | |
| vs. ) | JUDGMENT |
| GNS FASHION, INC., et al., ) | |
| Defendants. ) | |
| _____ ) | |

The Court, the Honorable Dale S. Fischer, District Judge, Presiding, having ordered that the case be dismissed for lack of subject matter jurisdiction,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed without prejudice, and that defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1919.

Dated: 4/12/13

_____
Dale S. Fischer
United States District Judge